# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

1 MINUTE

**MINUTE OF PROCEEDINGS**
**U.S. MAGISTRATE JUDGE CAMILLE L. VELEZ-RIVE**

DATE: October 27, 2021
AUSA Jose Ruiz

UNITED STATES OF AMERICA

Plaintiff

v

SANTOS RIVERA-HERNANDEZ (1)
Defendant(s)

Return of
Indictment by the Grand Jury
Criminal No.   **21-CR-00414 (ADC)**

Indictment was filed in open court.

**Arraignment/Detention is set for October 28, 2021 at 9:30 AM via VTC before Magistrate Judge Camille L. Velez-Rive.**

Case is assigned to Judge Aida M. Delgado-Colon.

**NEW CASE:**

☐   This Indictment supersedes Criminal Case No. --------.

☒   Defendant(s) has/have appeared in 21-MJ-01314. This case having been merged is hereby closed.

☐   Defendant(s) **has/have not** appeared in a magistrate case.

☐   The Court granted the government's motion to seal.

☐   Defendant(s) is/are to remain on same bond.

☒   Defendant(s) is/are under custody.  Marshal to produce defendant(s).

☐   Arrest warrants to be issued.

☐   Summons to be issued.

☐   Defendant(s) _____ Clerk to notify : (          ) Defendant   (     ) Sureties .

**S/Génesis Y. Rivera-Soto**
Courtroom Deputy Clerk