**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

[1] SANTOS RIVERA-HERNANDEZ,

    Defendant.

CRIM. NO. 21-CR-414 (ADC)

## ORDER

Motion [17] Joint INFORMATIVE Motion regarding Status as to Santos Rivera-Hernandez (1) is hereby NOTED. Status conference set for 3/11/2022 is vacated.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 10th day of March 2022.

S/ AIDA M. DELGADO COLON

AIDA M. DELGADO COLON
U. S. DISTRICT JUDGE